JUSTINA ZAPATA, *née* JUSTINA LUCIANO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 799.—*Sometido:* Febrero 8, 1930. *Resuelto:* Febrero 12, 1930.

*Ricardo del Toro Soler,* abogado de la recurrente; el registrador recurrido no compareció.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El artículo 91 del Código de Enjuiciamiento Civil dispone:

"Cuando en una acción que afecte al título o al derecho de posesión de una propiedad inmueble, el demandante al tiempo de presentar la demanda, y el demandado al tiempo de presentar la contestación o en cualquier tiempo después, pidieren se declare que lo que se reclama es suyo, podrán presentar para su anotación al registrador del distrito en que radicare la propiedad o parte de ella un aviso de la cuestión litigiosa pendiente, el cual contendrá los nombres y apellidos de las partes, el objeto de la demanda o contestación, y la descripción de la propiedad en litigio."

El registrador de la propiedad se negó a efectuar la anotación de un aviso radicado a tenor de los términos de este artículo, por el fundamento de que la propiedad en cuestión no estaba inscrita.

El caso de *Velázquez* v. *El Registrador,* 27 D.P.R. 268, no resuelve, según sugiere la nota que tenemos ante nos, que la anotación prevista por el artículo 91 debe verificarse en forma de nota marginal. Allí se recomendó ese método por estar más en armonía con el propósito de la ley que el propuesto por el registrador. La doctrina enunciada en el caso de Velázquez no es óbice para que se adopte un curso alternativo cuando no sea factible la nota marginal.

El hecho de que el artículo 91, *supra,* no exija la pres-

566

tación de una fianza, como en el caso de un embargo, no distingue el caso de autos del de *Sobrinos de Villamil* v. *El Registrador de la Propiedad de San Juan,* 32 D.P.R. 545. Si el aviso de *lis pendens* y la orden de embargo deben regirse por la misma regla es cuestión que incumbe a la Legislatura.

En este caso, como en el de Villamil,

"Puesto que esta inscripción puede hacerse de alguna forma, *la nota del registrador debe revocarse y verificarse"* *la anotación.*